IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMILLA SPANGLER, | No. C-11-0357  EDL |
| Plaintiff, | **ORDER** |
| v. | |
| BAC HOME LOANS SERVICING,LP, et al., | |
| Defendant. | / |

In view of the Report and Recommendation filed on March 22, 2011, the clerk shall **REASSIGN** the above-captioned case immediately to a district judge.

**IT IS SO ORDERED.**

Dated: March 23, 2011

ELIZABETH D. LAPORTE
United States Magistrate Judge